**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                        Case No. 08-cr-111-PB

<u>**Shawn Demers**</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the trial scheduled for March 3, 2009, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to May 5, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 18, 2009 final pretrial conference is continued to April 20, 2009 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 18, 2009

cc:  Jeffrey Levin, Esq.
     Arnold Huftalen, Esq.
     United States Probation
     United States Marshal